IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00802-LTB

DAQUAN LAMEL DONALDSON,

    Plaintiff,

v.

DR. GUPTA,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 20, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 20 day of June, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ E. Van Alphen
           Deputy Clerk